**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Canal Carting, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**13-1936000** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**39 Ferris Street**<br>**Brooklyn, NY**<br>ZIP Code **11231-1106** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 609**<br>**Brooklyn, NY**<br>ZIP Code **11231** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7      ■ Chapter 11      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9      ☐ Chapter 12      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business      ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**            THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**                                                      **FORM B1**, Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Canal Carting, Inc.**

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Canal Sanitation, Inc.** | Case Number: | Date Filed: **9/25/06** |
| District: **Eastern District of New York/Brooklyn** | Relationship: **Owned by same shareholders** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>**X**_____<br>Signature of Attorney for Debtor(s)      Date |

| Exhibit C | Certification Concerning Debt Counseling by Individual/Joint Debtor(s) |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)


        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| (Official Form 1) (10/05) | FORM B1, Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Canal Carting, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  **/s/ Stephen B. Kass**
Signature of Attorney for Debtor(s)

**Stephen B. Kass sk7735**
Printed Name of Attorney for Debtor(s)

**Law Offices of Stephen B. Kass, P.C.**
Firm Name

**225 Broadway- Ste 711**
**New York, NY 10007**

_____
Address

**Email: skass@sbkass.com**
**(212) 843-0050  Fax: (212) 571-0640**
Telephone Number

**September 22, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Frank Campo**
Signature of Authorized Individual

**Frank Campo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 22, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Canal Carting, Inc.**                                                                   Case No.
                                              Debtor(s)                                          Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A&A Brake Service Co,.**<br>**224 3rd Avenue**<br>**Brooklyn, NY 11217** | **A&A Brake Service Co,.**<br>**224 3rd Avenue**<br>**Brooklyn, NY 11217** | **Vendor debt.** | | **10,059.74** |
| **AICCO, Inc.**<br>**1001 Winstead Drive**<br>**Suite 500**<br>**Cary, NC 27513** | **AICCO, Inc.**<br>**1001 Winstead Drive**<br>**Suite 500**<br>**Cary, NC 27513** | **Insurance** | **Disputed** | **30,571.25** |
| **American Recycling Mngm**<br>**172-33 Douglas Avenue**<br>**Jamaica, NY 11433** | **American Recycling Mngm**<br>**172-33 Douglas Avenue**<br>**Jamaica, NY 11433** | **Vendor Debt.** | **Disputed** | **115,758.16** |
| **Approved Oil**<br>**6741 5th Avenue**<br>**Brooklyn, NY 11220** | **Approved Oil**<br>**6741 5th Avenue**<br>**Brooklyn, NY 11220** | **Vendor Debt** | | **67,323.13** |
| **Aramark Uniform Services**<br>**1060 Gelb Street**<br>**Union, NJ 07083** | **Aramark Uniform Services**<br>**1060 Gelb Street**<br>**Union, NJ 07083** | **Vendor Debt** | **Disputed** | **10,166.45** |
| **BFI Waste Services of NY**<br>**920 East 132nd Street**<br>**Bronx, NY 10454** | **BFI Waste Services of NY**<br>**920 East 132nd Street**<br>**Bronx, NY 10454** | **Vendor Debt.** | | **10,115.82** |
| **CooperTank & Welding Corp**<br>**215 Moore Street**<br>**Brooklyn, NY 11206** | **CooperTank & Welding Corp**<br>**215 Moore Street**<br>**Brooklyn, NY 11206** | **Vendor Debt.** | | **60,523.39** |
| **Empire Lube Corp.**<br>**800 Roosevelt Avenue**<br>**Carteret, NJ 07008** | **Empire Lube Corp.**<br>**800 Roosevelt Avenue**<br>**Carteret, NJ 07008** | **Vendor Debt. (Lawsuit Commenced)** | **Disputed** | **38,865.91** |
| **Environmental Control Boa**<br>**P.O.Box 2307**<br>**Peck Slip Station Rd.**<br>**New York, NY 10272** | **Environmental Control Boa**<br>**P.O.Box 2307**<br>**Peck Slip Station Rd.**<br>**New York, NY 10272** | **Tickets** | | **16,316.00** |
| **Gabrielli Truck Sales**<br>**P.o. Box 5739**<br>**Hicksville, NY 11802-5739** | **Gabrielli Truck Sales**<br>**P.o. Box 5739**<br>**Hicksville, NY 11802-5739** | **Vendor Debt.** | | **12,110.85** |
| **IESI NY Corp.**<br>**1099 Wall Street West**<br>**Lyndhurst, NJ 07071** | **IESI NY Corp.**<br>**1099 Wall Street West**<br>**Lyndhurst, NJ 07071** | **Vendor Debt.** | | **153,177.12** |

In re  **Canal Carting, Inc.**   Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service Special Procedures Funtio 625 Fulton Street 10 Metrotech Center Brooklyn, NY 11201** | **Internal Revenue Service Special Procedures Funtio 625 Fulton Street Brooklyn, NY 11201** | **Payroll Tax Debt** | **Disputed** | **1,084,000.00** |
| **Local Union 813 45-18 Court Square Long Island City, NY 11101-4347** | **Local Union 813 45-18 Court Square Long Island City, NY 11101-4347** | **Union Benefits** | | **121,930.23** |
| **NJ Turnpike Authority P.O. Box 5042 Woodbridge, NJ 07095** | **NJ Turnpike Authority P.O. Box 5042 Woodbridge, NJ 07095** | **Accident Claim** | **Disputed** | **11,598.16** |
| **NYS DEPT. TAX & FINANCE TAX COMPLIANCE DIV.OOS O.S. UNIT BUILDING 8, ROOM 7 Albany, NY 12227-0209** | **NYS DEPT. TAX & FINANCE TAX COMPLIANCE DIV.OOS O.S. UNIT BUILDING 8, Albany, NY 12227-0209** | **Payroll & Sales Tax Debt** | **Disputed** | **646,000.00** |
| **NYS Insurance Fund Worker's Compensation P.O. Box 4788 Syracuse, NY 13221-4788** | **NYS Insurance Fund Worker's Compensation P.O. Box 4788 Syracuse, NY 13221-4788** | **Workers Compensation** | | **80,000.00** |
| **NYS Unemployment Insuranc P.O. Box 4301 Binghamton, NY 13902-4301** | **NYS Unemployment Insuranc P.O. Box 4301 Binghamton, NY 13902-4301** | **Arrears on the unemployment insurance.** | | **6,065.33** |
| **Roth Horowitz, LLC 150 Morris Avenue Suite 206 Springfield, NJ 07081** | **Roth Horowitz, LLC 150 Morris Avenue Suite 206 Springfield, NJ 07081** | **Legal Fees** | | **7,249.04** |
| **Transportation Industry P.O Box 1634 Albany, NY 12201-1634** | **Transportation Industry P.O Box 1634 Albany, NY 12201-1634** | **Insurance** | | **40,752.96** |
| **Zurich Deductible Recovery Group NW 5608-P.O. Box 1450 Minneapolis, MN 55485-5608** | **Zurich Deductible Recovery Group NW 5608-P.O. Box 1450 Minneapolis, MN 55485-5608** | **Insurance** | **Disputed** | **9,847.41** |

In re  **Canal Carting, Inc.**                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 22, 2006**          Signature  **/s/ Frank Campo**
                                                                                                 **Frank Campo**
                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re   **Canal Carting, Inc.**                              ,   Case No. _____

                                     Debtor

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Campo**<br>**173 Barlow Drive**<br>**Brooklyn, NY 11234** | **Common** | **50** | |
| **Nicholas Infantino**<br>**53 Bellevue Avenue**<br>**Rumson, NJ 07760** | **Common** | **50** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 22, 2006**                              Signature  **/s/ Frank Campo**
                                                                                       **Frank Campo**
                                                                                       **President**

    *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                               18 U.S.C §§  152 and 3571.

   **0**    continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Canal Carting, Inc.**                                                      Case No.
                                          Debtor(s)                                 Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **September 22, 2006**                **/s/ Frank Campo**
                                             **Frank Campo**/**President**
                                             Signer/Title

Date:  **September 22, 2006**                **/s/ Stephen B. Kass**
                                             Signature of Attorney
                                             **Stephen B. Kass sk7735**
                                             **Law Offices of Stephen B. Kass, P.C.**
                                             **225 Broadway- Ste 711**
                                             **New York, NY 10007**
                                             **(212) 843-0050   Fax: (212) 571-0640**

A&A Brake Service Co,.
224 3rd Avenue
Brooklyn, NY 11217


A.B.A. Steam Cleaning
94-29 44th Avenue
Elmhurst, NY 11373


AICCO, Inc.
1001 Winstead Drive
Suite 500
Cary, NC 27513


Aldine Inc.,
150 Varick Street
New York, NY 10013


American Recycling Mngm
172-33 Douglas Avenue
Jamaica, NY 11433


Approved Oil
6741 5th Avenue
Brooklyn, NY 11220


Approved Storage & Waste
110 Edison Avenue
Mount Vernon, NY 10550


Aramark Uniform Services
1060 Gelb Street
Union, NJ 07083


Auster Rubber Company
238 N. 9th Street
Brooklyn, NY 11211


BFI Waste Services of NY
920 East 132nd Street
Bronx, NY 10454


Big S. Service Center,Inc
446 Coney Island Avenue
Brooklyn, NY 11218-2607

Black Bear Co.
Hunters Point Avenue
(49th Avenue)
Long Island City, NY 11101-4498


CooperTank & Welding Corp
215 Moore Street
Brooklyn, NY 11206


Empire Lube Corp.
800 Roosevelt Avenue
Carteret, NJ 07008


Environmental Control Boa
P.O.Box 2307
Peck Slip Station Rd.
New York, NY 10272


EZ Pass
P.O. Box 52005
Newark, NJ 07101-8205


Frank Campo
173 Barlow Drive
Brooklyn, NY 11234


Gabrielli Truck Sales
P.o. Box 5739
Hicksville, NY 11802-5739


IESI NY Corp.
1099 Wall Street West
Lyndhurst, NJ 07071


Internal Revenue Service
Special Procedures Funtio
625 Fulton Street
10 Metrotech Center
Brooklyn, NY 11201


Internal Revenue Service
C/O I. Morad
10 Metrotech Center
4th Floor
Brooklyn, NY 11201

Liberty Industrial Gases
600 Smith Street
Brooklyn, NY


Local Union 813
45-18 Court Square
Long Island City, NY 11101-4347


Mondial Automotive
131-65 41st Avenue
Flushing, NY 11355


Nautical Paint
4802 Farragut Road
Brooklyn, NY 11203


Nicholas Infantino
53 Bellevue Avenue
Rumson, NJ 07760


NJ Turnpike Authority
P.O. Box 5042
Woodbridge, NJ 07095


NYS Dept. Of Taxation
&Finance-Bankruptcy Secti
PO Box 5300
Albany, NY 12205-0300


NYS DEPT. TAX & FINANCE
TAX COMPLIANCE DIV.OOS
O.S. UNIT BUILDING 8,
ROOM 7
Albany, NY 12227-0209


NYS Dept. Tax & Finance
Attn: Bernardo Rezmovits
Tax Compliance Div.Queens
80-02  Kew Gardens Road
Kew Gardens, NY 11415


NYS Dept. Tax & Finance
Attn: Stan Milstein
Tax Compliance Div-Queens
80-02 Kew Gardens Road
Kew Gardens, NY 11415

```
NYS Insurance Fund
Worker's Compensation
P.O. Box 4788
Syracuse, NY 13221-4788


NYS Unemployment Insuranc
P.O. Box 4301
Binghamton, NY 13902-4301


Roth Horowitz, LLC
150 Morris Avenue
Suite 206
Springfield, NJ 07081


Transportation Industry
P.O Box 1634
Albany, NY 12201-1634


U.S. Dept of Justice
Tax Department
Box 55
Ben Franklin Station
Washington, DC 20044


United States Attorney
Attn Chief of Bankruptcy
One Pierrepont Plaza-14th
Brooklyn, NY 11201


United States Trustee
271  Cadman Plaza East
Ste 4529
Brooklyn, NY 11201


Valerie A. Weiczorek,Esq.
300 Garden City Plaza
Suite 234
Garden City, NY 11530


Zurich Deductible
Recovery Group
NW 5608-P.O. Box 1450
Minneapolis, MN 55485-5608
```

# United States Bankruptcy Court
### Eastern District of New York

In re  **Canal Carting, Inc.**                                                             Case No.

                                              Debtor(s)                                     Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Canal Carting, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2006**                                **/s/ Stephen B. Kass**
Date                                                          **Stephen B. Kass sk7735**
                                                                Signature of Attorney or Litigant
                                                                Counsel for  **Canal Carting, Inc.**
                                                                **Law Offices of Stephen B. Kass, P.C.**
                                                                **225 Broadway- Ste 711**
                                                                **New York, NY 10007**
                                                                **(212) 843-0050 Fax:(212) 571-0640**
                                                                **skass@sbkass.com**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):**  Canal Carting, Inc.                          **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION: Eastern District of New York/Brooklyn

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Owned by same shareholders

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Stephen B. Kass** <br> **Stephen B. Kass sk7735** <br> Signature of Debtor's Attorney <br> **Law Offices of Stephen B. Kass, P.C.** <br> **225 Broadway- Ste 711** <br> **New York, NY 10007** <br> **(212) 843-0050 Fax:(212) 571-0640** | Signature of Pro Se Debtor/Petitioner <br><br> Signature of Pro Se Joint Debtor/Petitioner <br><br> Mailing Address of Debtor/Petitioner <br><br> City, State, Zip Code <br><br> Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.