STARR, GERN, DAVISON & RUBIN, P.C.
105 Eisenhower Parkway
Roseland, NJ 07068-1050
(973) 403-9200
Attorneys for Local 890 League of International Federated Employees and LIFE Benefit Plan
(HC-5535)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| CANAL SANITATION, INC. | CASE NO. 1-06-43526(JF) |
| | Chapter 11 |
| Debtor, | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

     **PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code of 1978, as amended (the "Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears for **Local 890 League of International Federated Employees ("LIFE") and LIFE Benefit Plan (the "Plan")**. This Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of this Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit **LIFE and the Plan** to the jurisdiction of the Court and it is without prejudice to **LIFE'S and the Plan's** rights, remedies and claims against other entities. All rights, remedies, and claims are hereby expressly reserved.

     **PLEASE TAKE FURTHER NOTICE** that request is hereby made, pursuant to Section 1109(b) of the Code and Bankruptcy Rules 2002 and 9007, that all notices given or required

to be given in this case and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

> **STARR, GERN, DAVISON & RUBIN, P.C.**
> 105 Eisenhower Parkway
> Roseland, NJ 07068-1050
> Attention: Harlan L. Cohen, Esq.
> Tel. (973) 403-9200
> Fax  (973) 226-0031
> Email: HCohen@Starrgern.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, electronic mail or otherwise, which may affect or seek to affect in any way any rights of interest of **LIFE and the Plan** with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

> STARR, GERN, DAVISON & RUBIN, P.C.
> Attorneys for Local 890 League of International
> Federated and LIFE Benefit Plan
>
> By: /s/ Harlan L. Cohen
> HARLAN L. COHEN
> (HC-5535)

Dated: February 6, 2007